Slocumb v. Metts

---

WILLARD ALLEN SLOCUMB v. EDWARD EARL METTS

No. 7111SC433

(Filed 14 July 1971)

APPEAL by plaintiff from *Hall, Judge,* 15 February 1971 Session of Superior Court held in HARNETT County.

This is a civil action seeking to recover damages for injury to person and property allegedly resulting from a collision of automobiles driven by the plaintiff and the defendant on 8 September 1970 at the intersection of West Carr Street and North Orange Avenue in the Town of Dunn, N. C.

For its verdict, the jury found that the plaintiff was not injured, and that her property was not damaged by the negligence of the defendant. From a judgment entered on the verdict, the plaintiff appealed.

*Bryan, Jones, Johnson, Hunter & Greene by Robert C. Bryan for plaintiff appellant.*

*Cockman, Alvis & Aldridge by John E. Aldridge, Jr., for defendant appellee.*

HEDRICK, Judge.

By his one assignment of error, the plaintiff contends that the court failed to declare and explain the law arising on the evidence as required by G.S. 1A-1, Rule 51(a). We have carefully examined the court's instructions to the jury, and find that the court fully, fairly, and adequately declared and explained the law arising on the evidence as presented at the trial. The assignment of error is without merit.

No error.

Chief Judge MALLARD and Judge CAMPBELL concur.